No. 95–7433. COOPER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–7525. TEAGUE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7540. JERVIS, AKA HARRISON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7546. RUTH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–7560. TERRY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7583. EDWARDS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–7598. NICHOLAS *v.* RENO, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–7616. JOHNSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–7812. DUCKETT *v.* GODINEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–7933. J. A. L. *v.* HAMPTON ET AL. Ct. App. La., 2d Cir. Certiorari denied.

No. 95–7937. SHORES *v.* FOSTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–7938. ROBINSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7940. ROBINSON *v.* MELOY, SUPERINTENDENT, ROCKVILLE TRAINING CENTER. C. A. 7th Cir. Certiorari denied.

No. 95–7944. SEVIGNY ET VIR *v.* MAINE ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–7947. OLSEN *v.* LANE ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 95–7953. BARNO *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.